[No. 55632-1-I. Division One. June 12, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN JEFFERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-06385-6, John P. Erlick, J., entered January 25, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 55773-4-I. Division One. June 12, 2006.]

THOMAS BAJA, *Appellant,* v. JOSEPH LEHMAN ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-04749-3, Arden Bedle, J. Pro Tem., entered January 11, 2005. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick, C.J., and Grosse, J.

[No. 55804-8-I. Division One. June 12, 2006.]

*In the Matter of the Marriage of* JOAN KAYSER, *Appellant,* and GEORGE I. FRANK, *Respondent.*

Appeal from judgments of the Superior Court for King County, No. 03-3-11429-8, Laura Gene Middaugh, J., entered December 12, 2004 and January 25, 2005. *Affirmed* by unpublished per curiam opinion.

[Nos. 56006-9-I; 56019-1-I. Division One. June 12, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MEHMET H. OCAK, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD TREVOR DUNCALF, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 03-1-10031-1, Theresa Doyle, J., entered March 30, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.